IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MCKENZIE, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 25-0031 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : |
| *Defendants.* | : |

ORDER

**AND NOW**, this **22nd** day of **January 2025**, upon consideration of Defendant's Motion to Dismiss (ECF No. 3) and Plaintiff having filed an Amended Complaint (ECF No. 4), it is **hereby ORDERED** that Defendant's Motion to Dismiss (ECF No. 3) is **DENIED AS MOOT**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge